IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | NO. 01-274-1 |
| | : | |
| RONALD T. BOGLIN | : | |

## ORDER

**AND NOW** this 2nd day of March 2021, upon consideration of Defendant Ronald T. Boglin's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), the Memorandum in Support thereof (ECF Nos. 51, 61), the Government's Response thereto (ECF Nos. 58, 59), and consistent with the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

_____
R. BARCLAY SURRICK, J.